# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PROVIDENT BANK,**

      **Plaintiff,**

v.                                         **Case No:  6:13-cv-908-Orl-22TBS**

**FOX FAMILY, LLC and ROBERT L. FOX,**

      **Defendants.**

## ORDER

This cause comes before the Court upon consideration of the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 23) concerning Plaintiff Provident Bank's ("Plaintiff") Motion for Attorney Fees (Doc. No. 19). Defendants Fox Family, LLC and Robert L. Fox ("Defendants") did not file a response to the Motion for Attorney Fees nor object to the Magistrate Judge's R&R, which recommended granting the Motion and awarding fees.

Based on the foregoing, it is ordered as follows:

1. Magistrate Judge Smith's September 24, 2013 Report and Recommendation (Doc. No. 24) is **ADOPTED and CONFIRMED** and made a part of this Order.

2. Plaintiff Provident Bank's Motion for Attorney Fees (Doc. No. 19), filed September 3, 2013, is **GRANTED**.

3. Plaintiff is hereby awarded $2,870 in attorney and paralegal fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 15, 2013.

Copies furnished to:
Counsel of Record
Unrepresented Parties

ANNE C. CONWAY
United States District Judge